SANDERS, J., is of the opinion that a writ should be granted. LSA–C.C.P. Arts. 1452 and 1492. See also Geolograph Service Corp. v. Southern Pacific Co., La.App., 172 So.2d 128.

SUMMERS, J., is of the opinion that a writ should be granted.

■

186 So.2d 628

**FIRST METHODIST PROTESTANT CHURCH OF BATON ROUGE, Louisiana,**

**v.**

**FIRST CONGREGATIONAL METHODIST CHURCH.**

**No. 48191.**

June 7, 1966.

In re: First Congregational Methodist Church of Baton Rouge, Louisiana applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 184 So.2d 265.

Writ refused. On the facts found by the Court of Appeal, the result is correct.